NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ATI TECHNOLOGIES ULC,**
*Appellant*

**v.**

**LG ELECTRONICS, INC.,**
*Cross-Appellant*

———————————

2016-2222, 2016-2353, 2016-2406, 2016-2608

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00325, IPR2015-00326, IPR2015-00330.

--------------------------------------------------------------------------------

**ATI TECHNOLOGIES ULC,**
*Appellant*

**v.**

**LG ELECTRONICS, INC.,**
*Appellee*

———————————

2016-2566

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00321.

———————————

2          ATI TECHNOLOGIES ULC v. LG ELECTRONICS, INC.

# O R D E R

The above-captioned appeals appear to be related.

We consolidate 2016-2222, 2016-2353, 2016-2406, and 2016-2608, and thus one set of briefs should be filed for these four appeals.

Accordingly,

IT IS ORDERED THAT:

(1) Appeals 2016-2222, 2016-2353, 2016-2406, and 2016-2608 are consolidated for briefing. The revised official caption is reflected above. To align the briefing schedules, the court has designated ATI Technologies ULC as the appellant. 2016-2353 shall be designated as a cross-appeal.

(2) The briefing schedule for the four consolidated appeals shall be as follows. The certified list for 2016-2608 is due no later than October 17, 2016. ATI's principal brief is due no later than 60 days from the date of filing of the certified list. LG Electronics, Inc.'s principal and response brief is due no later than 40 days from the date of filing of ATI's principal brief. ATI's response and reply brief is due no later than 40 days from the date of filing of LG's principal and response brief. LG's reply brief is due no later than 14 days from the date of filing of ATI's response and reply brief. The joint appendix is due no later than 7 days from the date of filing of LG's reply brief.

(3) The set of consolidated cases and 2016-2566 shall be considered companion cases and assigned to the same merits panel.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32